

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER | § § § | No. 08-22-00112-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| JUAN R. OAXACA | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018DCV0531) |
|  | § |  |

# **O R D E R**

The Court GRANTS the Appellant's second motion for extension of time within which to file the reply brief until **January 19, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jason Warner, the Appellant's attorney, prepare the Appellant's reply brief and forward the same to this Court on or before January 19, 2023.

IT IS SO ORDERED this 4th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.